IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH ESCOBEDO, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00538 |
| | § | |
| ACE GATHERING, INC., | § § | |
| | § | |
| *Defendant*. | § | |

**JOINT MOTION TO FURTHER EXTEND CASE DEADLINES**

Plaintiff Elizabeth Escobedo ("Escobedo" or "Plaintiff") and Defendant Ace Gathering, Inc. ("Ace" or "Defendant") file this Joint Motion to Further Extend Case Deadlines, and respectfully request that the Court extend the remaining case deadlines in the Court's December 27, 2022 Order Granting Joint Motion to Extend Case Deadlines [Doc. 45] (the "First Extension Order") by another 180 days.

1. This lawsuit was brought under the Fair Labor Standards Act ("FLSA"). The First Extension Order in this case currently sets the following remaining deadlines:

   - <u>July 6, 2023</u>: Mediation

   - <u>July 6, 2023</u>: Completion of Discovery

   - <u>July 13, 2023</u>: Pretrial Dispositive Motions Deadline

   - <u>September 13, 2023</u>: Joint Pretrial Order and Motion in Limine Deadline

   - <u>September 20, 2023</u>: Docket Call

2. Currently pending before the Court are (1) Ace's November 13, 2022 Motion for Reconsideration of Order Denying Motion for Summary Judgment or, in the Alternative, to Certify

Order for Interlocutory Appeal [Doc. 37], which was fully briefed as of December 14, 2022 [*see* Doc. 43]; (2) Plaintiff's September 27, 2022 Motion for Certification of Collective Action [Doc. 29],which was fully briefed as of December 7, 2022 [*see* Doc. 41]; and (3) Plaintiff's September 27, 2022 Motion for Approval and Distribution of Notice and for Disclosure of Contract Information [Doc. 30], which was fully briefed as of December 7, 2022 [*see* Doc. 42].

3. Given that the outcome of the foregoing pending motions will have a substantial impact on subsequent proceedings in this case—including, for example, the necessity and scope of additional discovery and the potential joining of additional opt-in plaintiffs—there is good cause to further extend the remaining case deadlines in the scheduling order to permit the Court time to rule on these motions and, depending on the outcome of same, for the parties to conduct additional discovery and prepare for trial, if necessary. Therefore, the parties respectfully request that all remaining deadlines in the First Extension Order be further extended by approximately 180 days.

4. All parties to this case join in this request.

5. This Motion is not sought for purposes of delay, but so that justice may be done.

Therefore, the parties respectfully request that the Court further extend the remaining case deadlines in the First Extension Order by approximately 180 days, as reflected in the proposed Order being submitted with this Motion.

**Dated: June 26, 2023**

By: */s/ Colby Qualls* (by permission)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Colby Qualls
Ark. Bar No. 2019246
Southern District ID No. 3740180
colby@sanfordlawfirm.com

Attorneys for
ELIZABETH ESCOBEDO, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF

By: */s/ Paul M. Knettel*
Mark D. Temple, a*ttorney-in-charge*
Texas Bar No. 00794727
Southern District ID No. 19552
Peter J. Stuhldreher, *of counsel*
Texas Bar No. 24056393
Southern District ID No. 699821
Paul M. Knettel, *of counsel*
Texas State Bar No. 24102031
Southern District ID No. 3005240
Emil M. Sadykhov, *of counsel*
Texas Bar No. 24110316
Southern District ID No. 3385031
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002
Phone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com
pstuhldreher@bakerlaw.com
pknettel@bakerlaw.com
esadykhov@bakerlaw.com

**ATTORNEYS FOR DEFENDANT
ACE GATHERING, INC.**

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on June 26, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this filing to all counsel of record:

Colby Qualls
Josh Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
colby@sanfordlawfirm.com
josh@sanfordlawfirm.com

*/s/ Paul M. Knettel*
Paul M. Knettel