United States District Court
Southern District of Texas
**ENTERED**
June 29, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH ESCOBEDO, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-00538 |
| ACE GATHERING, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER GRANTING JOINT MOTION TO FURTHER EXTEND CASE DEADLINES

Before the Court is Plaintiff Elizabeth Escobedo's and Defendant Ace Gathering, Inc.'s Joint Motion to Further Extend Case Deadlines. The Court, having considered the Motion and otherwise being fully advised, and further noting that the Motion is agreed to by all parties in this case, finds that the Motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the remaining case deadlines set forth in the Court's December 27, 2022 Order Granting Joint Motion to Extend Case Deadlines [Doc. 45] are extended by approximately 180 days, as follows:

- January 2, 2024: **Mediation.** Mediation or other form of dispute resolution must be completed by this deadline.

- January 2, 2024: **Completion of Discovery.** Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

- January 9, 2024: **Pretrial Dispositive Motions Deadline.** No motion may be filed after this date except for good cause.

- March 11, 2024: **Joint Pretrial Order and Motion in Limine Deadline.** The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial

Order.  Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

- <u>March 18, 2024</u>: **Docket Call.**  Docket call will be held at 10:00 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas.  No documents filed within 7 days of the Docket Call will be considered.  Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

- Additional orders relating to disclosures, discovery, or pretrial motions: Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

- The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on  June 28, 2023, at Houston, Texas.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE