IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ELIZABETH ESCOBEDO, Individually and**     **PLAINTIFF**
**on Behalf of all Others Similarly Situated**

vs.     No. 4:22-cv-538-LHR

**ACE GATHERING, INC.**     **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100. Colby Qualls shall remain counsel of record on behalf of Plaintiff Elizabeth Escobedo, individually and on behalf of all others similarly situated, in the above-captioned matter.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Mark D. Temple, Esq.
Peter J. Stuhldreher, Esq.
Emil M. Sadykhov, Esq.
Paul M. Knettel, Esq.
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, Texas 77002
mtemple@bakerlaw.com
pstuhldreher@bakerlaw.com
esadykhov@bakerlaw.com
pknettel@bakerlaw.com

*/s/ Colby Qualls*
**Colby Qualls**