IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ELIZABETH ESCOBEDO, Individually and**     **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                  No. 4:22-cv-538-LHR

**ACE GATHERING, INC.**     **DEFENDANT**

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW—ATTORNEY JOSH SANFORD

Before the Court is Plaintiff's Attorney Josh Sanford's Unopposed Motion to Withdraw as Counsel ("Motion"). After considering the Motion, and noting that it is unopposed, the Court determines that the Motion should be **GRANTED**.

It is, therefore, **ORDERED** that the Motion is **GRANTED**, and that Attorney Josh Sanford is to be relieved as counsel for Plaintiff and that his appearance is withdrawn.

It is so **ORDERED.**

Signed this _____ day of August 2023.

                                               _____
                                               **HON. _____**
                                               **UNITED STATES _____ JUDGE**