United States District Court
Southern District of Texas
**ENTERED**
October 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIZABETH ESCOBEDO, individually and on behalf of others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0538 |
| ACE GATHERING, INC. | § § § | |
| Defendant. | § | |

## ORDER

Based on the Fifth Circuit's instructions, the court grants the motion for summary judgment filed by Ace Gathering, Inc., and dismisses the plaintiffs' claims with prejudice.

SIGNED on October 10, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge